# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

RAHEEM SLONE,

Petitioner

: No. 76 EAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

RAHEEM SLONE,

Petitioner

: No. 77 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

RAHEEM SLONE,

Petitioner

: No. 78 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

: No. 79 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

RAHEEM SLONE,                                      :
                                                   :
                                                   :
                                                   :
                                                   :
                Petitioner                         :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.